UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CEDRICK D. JONES,

                                    Petitioner,

v.

WARDEN,

                                    Respondent.

Case No.:  26cv3853-DMS-BJW

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Petitioner, a state prisoner proceeding pro se, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 but has failed to pay the $5.00 filing fee or submit a request to proceed in forma pauperis.  (ECF No. 1.)  Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice.

In addition, the Petition fails to state a cognizable federal claim.  To present a cognizable federal habeas corpus claim under § 2254, a state prisoner must allege both that he is in custody pursuant to a "judgment of a State court," and that he is in custody in "violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a); *see also Hernandez v. Ylst*, 930 F.2d 714, 719 (9th Cir. 1991).  As grounds for relief in the Petition, Petitioner states: "Trial court had imposed unconstitutionally certified code statutes as-applied to me."  (ECF No. 1 at 5.)  It appears Petitioner is referring to state

1

statutes only (*see id.* at 1), and nowhere in the Petition does Petitioner allege he is in custody in violation of the Constitution or laws of the United States. Petitioner attaches his state supreme court exhaustion petition as an exhibit in which he presents the identical claim as in his Petition here. (ECF No. 1-2 at 5.) Although he states in the state court petition as the reason for his custody that: "I was NOT disclosed of the true nature and cause of the accusation. (6th Amend.; and besides see, 27 C.F.R. §72.11)," there are no factual allegations supporting the claim, merely legal conclusions, and the nature of his claim is unclear. Therefore, even if Petitioner satisfies the filing fee requirement, the Petition as drafted would be subject to dismissal. *See* R. 4(b), Rules Governing Section 2254 Cases (2019) (stating courts may summarily dismiss a habeas petition "[i]f it plainly appears from the face of the petition and any attached exhibits that the petitioner is not entitled to relief in the district court").

If Petitioner wishes to proceed with this action, he must either pay the $5.00 filing fee or submit an application to proceed in forma pauperis **and** file a First Amended Petition which alleges that he is in custody in violation of the Constitution or laws of the United States **no later than September 7, 2026**. The Clerk of Court will send a blank Southern District of California In Forma Pauperis application and a blank Southern District of California amended 2254 petition form to Petitioner along with a copy of this Order.

**IT IS SO ORDERED.**

Dated: July 7, 2026

Hon. Dana M. Sabraw
United States District Judge

2

26cv3853-DMS-BJW